
ORIGINAL

FILED

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0684

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0684

ANGELO LOUIS DICOSTANZO,

Petitioner,

v.

ROBERT LESTER, ADMINISTRATOR,
YELLOWSTONE COUNTY DETENTION
FACILITY,

Respondent.

ORDER

FILED

DEC 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Angelo Louis DiCostanzo has filed a verified Petition for Writ of Habeas Corpus, indicating that his bail is excessive and that his incarceration in jail is illegal. He attaches more than forty pages of materials listing numerous issues concerning his cases in the Thirteenth Judicial District Court, Yellowstone County.

On April 19, 2023, the Yellowstone County District Court sentenced DiCostanzo for one felony and one misdemeanor (2022 case). The court deferred imposition of sentence for three years for felony criminal endangerment and, for the misdemeanor driving under the influence of alcohol or drugs, the court committed him to the Yellowstone County Detention Facility (YCDF) for twelve months with all but forty-eight hours suspended to work on the Sheriff's Labor Detail.

DiCostanzo has now been detained at YCDF. He states that he is a pre-trial detainee with a pending case of three counts of sexual assault and five counts of sexual intercourse without consent, and that he may be facing revocation in his prior 2022 case. He asserts that he is illegally detained on the basis of the issues raised in this petition, and requests immediate release from the YCDF as well as "[t]he dropping of all charges and dismissal of Cause [Nos.] DC-24-0630 and DC-22-0227." His claims concern alleged violations of Due Process, *Miranda* rights, his confession's voluntariness, his arraignment, excessive

bail, multiple charges, double jeopardy, qualified immunity, and his allegations regarding his counsel.

We secured copies of the court's register of actions. On May 10, 2024, the State sought leave to file an Information regarding his new charges. Four days later the court issued its release order with a million-dollar bond concurrent to DiCostanzo's 2022 case. Within a week, DiCostanzo's Probation Officer filed a Report of Violation, and the State filed its Petition for Revocation of a suspended sentence. A substitution of counsel was filed in both cases on October 4, 2024. Both cases reflect the latest entry, dated October 28, 2024, where the court has issued an order resetting a jury trial in the new case and a hearing for the probation violation and revocation in the 2022 case.

We conclude that DiCostanzo has not demonstrated illegal incarceration. Habeas corpus affords applicants the opportunity to "prosecute a writ of habeas corpus to inquire into the cause of imprisonment or restraint and, if illegal, to be delivered from the imprisonment or restraint." Section 46-22-101(1), MCA. The cause of his incarceration is his pending criminal case as well as his pending revocation. *Gates v. Missoula Cnty. Comm'rs*, 236 Mont. 261, 261-262, 766 P.2d 884, 884-885 (1988). The District Court has imposed a bail amount, and DiCostanzo has not shown want of bail, pursuant to § 46-22-103, MCA. DiCostanzo is not entitled to release or dismissal of the charges. Moreover, his constitutional claims are not remedied by a writ of habeas corpus. *Gates*, 235 Mont. at 262, 766 P.2d at 884-85.

DiCostanzo's remedy is not with this Court. His issues may be remedied by an appeal in this Court where the entire record would be available. Upon receiving a final written decision from the District Court, he may seek an appeal. M. R. App. P. 4(5)(b)(i). DiCostanzo is not entitled to release or to habeas corpus relief. Section 46-22-101(1), MCA. Accordingly,

IT IS ORDERED that DiCostanzo's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Brett D. Linneweber, District Court Judge; Terry Halpin, Clerk of District Court, under Cause Nos. DC 22-0227 and DC-24-0630, and for distribution to counsel of record; Lt. Robert Lester, YCDF Administrator; counsel of record, and Angelo Louis DiCostanzo.

DATED this __11__ day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

3